UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

AYISHA ELLIOTT (BROWN), and
QUINTON RICHARDSON-BROWN,

        Plaintiffs,

v.

CITY OF EUGENE, OFFICER TREVOR HART (BADGE# 605), SERGEANT WILLIAM SOLESBEE (BADGE# 331), OFFICER MATTHEW STROPKO (BADGE# UNK), OFFICER CLIFFORD SITES (BADGE# 665), AND OFFICER MATTHEW PIZZOLA (BADGE# 658),

        Defendants.

Case No.  6:16-cv-00022-MC

CLERK'S LIST OF WITNESSES AND EXHIBITS

Judge: Michael J. McShane

Counsel for Plaintiff:   Brian Michaels and Marianne Dugan          Counsel for Defendant: Benjamin J. Miller

Courtroom Deputy:   Charlene Pew

Court Reporter:   Kristi Anderson

Dates of Trial: 9/25/2017, 9/26/2017, 9/27/2017, 9/28/2017,

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| | | | | **Plaintiff's Exhibits** | | |
| 001 | | | A | Solesbee police report | | |
| 002 | | | A | Hart police report | | |
| 003 | | X | A | Stropko police report | Stropko | |
| 004 | | X | A | Sites police report | Sites | |
| 005 | | | held | Pizzola police report | | |
| 006 | | | A | Handwritten police notes | | |
| 007 | | | A/R | Quinton Strgar records | | |
| 008 | X | X X | A/R | Quinton Sacred Heart records | Stropko Sebastiani | |
| 009 | | | A/R | Quinton PSU medical records | | |
| 010 | | | A/R | Quinton Oak Street Medical records | | |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | | | | | |
|---|---|---|---|---|---|---|
| 011 | | | A/R | Quinton PeaceHealth records | | |
| 012 | X | | A/R | Ayisha Elliott Tensegrity records | Roach | |
| 013 | | X | A | Ayisha Elliott PeaceHealth records | Kaiser | |
| 014 | X | X | A/R | Ayisha Elliott Under One Roof records | Del Alba | |
| 015 | X<br>  | <br>X | A/R | Ayisha Elliott Oak Street records | Ivey<br>Bove | |
| 016 | X | X | A/R | Ayisha Elliott Ivey records | Ivey | |
| 017 | X | | A | Ayisha Elliott Turning Point records | Bove | |
| 018 | X | | A/R | Ayisha Elliott Maloney records | Maloney | |
| 019 | X<br>X | | A | Ayisha Elliott health insurance payments | Del Alba<br>Roach | |
| 020 | | | A | Ayisha Elliott documentation of lost time at work | | |
| 021 | X<br>X<br>X | X<br><br>X | A | Photo of deck | Richardson<br>Sites<br>Elliott<br>Stropko | |
| 022 | X | | A | Photos of Quinton Richardson-Brown | Richardson-Brown | |
| 023 | | | A | Quinton Richardson commitment hearing transcript | | |
| 024 | | | W/D | Four video recordings on a single disk/disk | | |
| 025 | X | | A | Letter from Nicole Ivey, LCSW | Ivey | |
| 026 | | | A | Letter from Dr. Molony, LMT | | |
| 027 | | | | Sites deposition - Impeachment | | |
| 028 | | | | Deposition of Franc Strgar, MD played and read into the record. | | |
| **Defendant's Exhibits** | | | | | | |
| 101 | | | A | Recording of Ayisha Elliott Brown's telephone call to 911 call center | | |
| 102 | | | A | Recording of John Brown's telephone call to 911 call center | | |
| 103 | X<br><br>X | <br>X<br>  | A | In-car video of incident | Richardson (Audio only)<br>Sites<br>Stropko | |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | | | | | |
|---|---|---|---|---|---|---|
| 104 | | X | A | In-car video of Quinton Richardson-Brown's transport | Sites | |
| 105 | | X | A | Recording of telephone message by Eric Richardson | Richardson | |
| 106 | | X | A | Booking Photograph of Ayisha Elliott (Brown) | Elliott | |
| 107 | | X | A | Booking Photograph of Ayisha Elliott (Brown) | Elliott | |
| 108 | | | A | Photograph of Ayisha Elliott (Brown) | | |
| 109 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 110 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 111 | X | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 112 | | X | A | Photograph of Ayisha Elliott (Brown) | | |
| 113 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 114 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 115 | X | X | A | Photograph of Ayisha Elliott (Brown) | Del Alba Cheney Elliott | |
| 116 | X | X | A | Photograph of Ayisha Elliott (Brown) | Cheney Elliott | |
| 117 | X | X | A | Photograph of Ayisha Elliott (Brown) | Cheney Elliott | |
| 118 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 119 | X | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 120 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 121 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 122 | X | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 123 | X | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 124 | | X X | A | Photograph of Ayisha Elliott (Brown) | Cheney Elliott | |
| 125 | | | A | Photograph of Ayisha Elliott (Brown) | | |
| 126 | | X | A | Photograph of Ayisha Elliott (Brown) | Elliott | |
| 127 | X X | | A | Eugene Police Department Policy 800 | Stropko Molony | |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 128 | X | X | A | Eugene Police Department Policy 809 | Stropko | | |
| 129 | X | | A | Transcript of In-Car Video | Sites | | |
| 130 | X | X | | 3/2015 Lawsuit - Impeachment | Elliott | | |
| | | | | | | | |

**A -** Admitted; **A/R -** Admitted as Ordered Redacted; **N/A -** Not Admitted; **W/D -** Withdrawn

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Witnesses -   9/25/2017** | | |
| | X | | | Eric Richardson - Direct - Cross - Redirect | | |
| | X | | | Ayisha Elliott - Direct - | | |
| | X | | | Lisa Del Alba - Direct - Cross - | | |
| | | | | **Witnesses - 9/26/2017** | | |
| | X | | | Charise Cheney - Direct - Cross | | |
| | X | | | Jazzmin Brown - Direct - Cross | | |
| | X | | | Annalisa Nicole Ivey - Direct - Cross - Redirect | | |
| | X | | | Clifford Sites - Diret - Cross - Redirect | | |
| | | X | | Dr. Jeffrey Belisle - Direct - Cross - Rediret | | |
| | X | | | Dr. David Bove - Direct - Cross - Redirect | | |
| | X | | | Rachel Roach - Direct - Cross - Redirect | | |
| | X | | | Barbara Elliott - Direct - Cross | | |
| | X | | | Kevin Maloney - Direct - Cross | | |
| | | | | Sergeant Bill Solesbee - Direct - | | |
| | | | | **Witnesses - 9/27/2017** | | |
| | X | | | Depo Testimony of Dr. Franc Strgar, MD | | |
| | X | | | Officer Stropko - Direct - | | |
| | X | | | Officer Trevor Hart - Direct | | |
| | X | | | Clinton Richardson-Brown - Direct - Cross - Redirect | | |
| | X | | | Ayisha Elliott (Brown) - Direct - Cross - Redirect | | |
| | | X | | Dr. Graham Kaiser - Direct - Cross | | |
| | | X | | Officer Matthew Stropko - Cross - Redirect | | |
| | | X | | Robbin Sebastiani - Direct - Cross - Redirect | | |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | | | **Witnesses -** 9/28/2017 | | |
|---|---|---|---|---|---|---|
| | | X | | Officer Matthew Stropko - Cross - Redirect | | |
| | | X | | Robbin Sebastiani - Direct - Cross - Redirect | | |
| | | X | | Deputy Courtney Anderson - Direct - | | |
| | | X | | Sergeant Ryan Molony - Direct - | | |
| | | X | | Captain Carolyn Mason - Direct - Cross | | |
| | | X | | Ayisha Elliott - Direct - Cross - Redirect | | |
| | X | | | Ayisha Elliott - Rebutt Direct - | | |
| | | | | | | |